IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AMANDA N. HARTLESS, | ) |
|     Plaintiff, | ) Case No.: 7:18-CV-395 |
| v. | ) |
| JONATHAN D. ROBERTS, | ) |
| and | ) |
| | ) By:  Michael F. Urbanski |
| WELLS FARGO BANK, | ) Chief United States District Judge |
| NATIONAL ASSOCIATION, | ) |
|     Defendants. | ) |

## ORDER

The court has been notified that the parties have agreed to dismiss this action with prejudice, pursuant to Rule 41(a)(1)(ii). Accordingly, it is **ORDERED** that this matter in its entirety is hereby **DISMISSED with prejudice.**

It is so **ORDERED.**

Entered: 08-28-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge